*George A. Garvey* and *James I. McGuire* for Standard Oil Company of New Jersey, appellant.

*Harold R. Medina, James J. Regan* and *George J. Stacy* for Westvaco Chlorine Products Corp., appellant-respondent.

*Louis L. Friedman* and *Benjamin Heller* for Henry Margulies, Juliet Belsito, Anna Bogner and Philip Bogner, plaintiffs-respondents.

*Benjamin Heller, Bernard Eilen, Joshua S. Lev* and *Sol H. Glaubman* for Sam Novik, Joseph Abrahams and Jennie Sclar, plaintiffs-respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT E. HODGSON, Appellant.

Argued May 21, 1947; decided July 2, 1947.

*Lawrence Kovalsky* and *David Goldstein* for appellant.

*Frank S. Hogan, District Attorney* (*Richard G. Denzer* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of the Probate of the Will of WALLACE B. HEWETT, Deceased. ROMA E. HEWETT et al., Appellants; MAIDA H. PERKINS, Respondent.

Argued May 23, 1947; decided July 2, 1947.

